

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2022

No. 04-22-00447-CR

Leticia **LOPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR5852W
Honorable Raymond Angelini, Judge Presiding

# O R D E R

In accordance with a plea bargain agreement, Appellant was convicted of the state jail felony of theft under $2,500, enhanced. The trial court suspended Appellant's sentence and placed her on community supervision. Subsequently, the trial court rendered a judgment revoking Appellant's community supervision, and Appellant now seeks to appeal the revocation.

However, the clerk's record contains a trial court certification signed on July 8, 2022, that states the underlying case "is a plea-bargain case, and the defendant has NO right of appeal."

Because this is an appeal from a judgment revoking Appellant's community supervision, the trial court's certification of defendant's right of appeal is defective. *See Dears v. State*, 154 S.W.3d 610, 613 (Tex. Crim. App. 2005); *Sanchez v. State*, 109 S.W.3d 760, 761 (Tex. App.—San Antonio 2003, no pet.); *see also Rickels v. State*, 202 S.W.3d 759, 763 (Tex. Crim. App. 2006).

We ORDER the trial court to amend the certification and cause the district clerk to file a supplemental clerk's record containing the amended certification within THIRTY DAYS of the date of this order. *See* TEX. R. APP. P. 25.2(f), 37.2; *Sanchez*, 109 S.W.3d at 761.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2022.



MICHAEL A. CRUZ, Clerk of Court